UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 07 B 19040
  DOROTHY SMITH
                                    CHAPTER 13

                                    JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2980
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 10/16/2007 and was not confirmed.

   The case was dismissed without confirmation 11/28/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 85.93 | .00 | .00 |
| WELLS FARGO BANK NA | NOTICE ONLY | NOT FILED | .00 | .00 |
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE